AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court    FILED

DISTRICT OF Connecticut

2007 AUG 23 A 9:43

U.S. DISTRICT COURT

**EXHIBIT AND WITNESS LIST**

USA v. PYEKI

CASE NUMBER: 3:03M186 (JGM)

| | | |
|---|---|---|
| PRESIDING JUDGE: J.G. Margolis | PLAINTIFF'S ATTORNEY: John Merolla | DEFENDANT'S ATTORNEY: Michael Dolan |
| TRIAL DATE(S): 7/23/03 | COURT REPORTER: Tape | COURTROOM DEPUTY: P. Moure |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 (Gov't) | | 7/23/03 | | | Photos |
| 2 | | 7/23/03 | | | Copy of piece of paper |
| 3 | | 7/23/03 | | | Copy of credit card |
| 4 | | 7/23/03 | | | Copy of credit card |
| 5 | | 7/23/03 | | | Pedigree info re: credit card |
| 6 | | 7/23/03 | | | Credit card info |
| 7 | | 7/23/03 | | | |
| 8 | | 7/23/03 | | | Nanos Pedigree info for various people |
| 9 | | 7/23/03 | | | Preliminary Guidelines Calculation |
| | A | 7/23/03 | | | Letter re: Tax Return from Financial Service - Prime Intent |
| | B | 7/23/03 | | | Electric Bill |
| | C | 7/23/03 | | | Birth Certificates (3) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages